USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERCULES CAPITAL, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NO. 24-cv-07985 |
| THE HOME DEPOT, INC. and HOME DEPOT U.S.A., INC. | JURY TRIAL DEMANDED |
| Defendants. | |

### [PROPOSED] ORDER DISMISSING WITH PREJUDICE DEFENDANT THE HOME DEPOT, INC. AND TRANSFERRING ACTION

Now before the Court is the Parties' Joint Motion to Dismiss with Prejudice Defendant The Home Depot, Inc. pursuant to Federal Rule of Civil Procedure 41(a), and to transfer the action to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. § 1404. The Motion is **GRANTED**. The Clerk is **DIRECTED** to dismiss all claims against Defendant The Home Depot, Inc., and to transfer the action to the United States District Court for the Northern District of Georgia.

So ordered this 26th day of February, 2025.

_____
THE HONORABLE VICTOR MARRERO
United States District Judge
Southern District of New York